PHILLIP A. TALBERT
Acting United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., A MINOR, THROUGH HER GUARDIAN AD LITEM, LATISHA WATKINS; LATISHA WATKINS AND MARIO TYLER, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY E. DOUGLAS, M.D.; PAULA L. AKIN, D.O.; NATHAN ALLEN, M.D.; WELLSPACE HEALTH; MERCY GENERAL HOSPITAL; AND DOES 1 TO 100,<br><br>Defendants. | CASE NO.<br><br>NOTICE OF REMOVAL |

TO THE HONORABLE JUDGES OF THIS COURT:

PLEASE TAKE NOTICE that the above-captioned action is hereby removed from Sacramento Superior Court to the United States District Court pursuant to 28 U.S.C. § 2679, 28 U.S.C. §§ 1441, 1442, and 42 U.S.C. § 233. The United States of America represents the following:

1. Federal defendants Nathan Allen, M.D. and WellSpace Health, are named in a complaint in a civil action pending in the Superior Court of California, Sacramento County, entitled *L.T., a minor, through her Guardian ad Litem, Latisha Watkins, Latisha Watkins and Mario Tyler, individually, v. Gregory E.*

*Douglas, M.D., et al.*, Case No. 34-2020-00288639.  A copy of the complaint, which alleges medical malpractice against these defendants, is attached as Exhibit A.

  2. This action is one which the federal defendants are entitled to remove pursuant to 28 U.S.C. § 2679(d)(2), 28 U.S.C. §§ 1441 and 1442, and 42 U.S.C. § 233(c):

   a. Removal is authorized by the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233(c), because the complaint alleges damages resulting from the performance of medical functions by deemed employees of the Public Health Service acting within the scope of their employment.  At the time of the incidents out of which this suit arose, Nathan Allen, M.D. and WellSpace Health were deemed employees of the Public Health Service pursuant to the FSHCAA, 42 U.S.C. § 233(g), and were acting within the scope of their employment.  The certification of employment required for removal under 42 U.S.C. § 233(c), as well as 28 U.S.C. § 2679, is being filed in conjunction with this notice.

   b. Removal is authorized by the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671, *et seq.*, because the FSHCAA makes the FTCA the exclusive remedy for damages resulting from the performance of medical functions by deemed employees of the Public Health Service acting within the scope of such employment.  Federal courts have exclusive jurisdiction over claims arising under the FTCA pursuant to 28 U.S.C. § 1346(b)(1), and removal from state court is specifically authorized by 28 U.S.C. § 2679(d)(2).  *See also* 42 U.S.C. § 233(c).

   c. Under 28 U.S.C. § 2679(b) and 42 U.S.C. § 233(a), (c) & (g), the exclusive remedy for Plaintiffs' claims is a tort action against the United States as provided by 28 U.S.C. § 1346(b), and not against Public Health Service facilities or their employees.

   d. Pursuant to 28 U.S.C. § 1346(b) and 42 U.S.C. § 233(a), exclusive jurisdiction over such an action lies in the United States District Courts.

   e. 28 U.S.C. § 1441(a) expressly permits the removal of actions over which the United States District Courts have original jurisdiction.

   f. 28 U.S.C. § 1442(a)(1) expressly permits the removal of actions against the United States or federal officers and agencies.

   g. Under 28 U.S.C. § 2679(d)(2), an action may be removed "at any time before trial."  Trial has not been scheduled in the state court action, and the United States has not been served.

1  WHEREFORE, this action is hereby removed to this Court.

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

Date:  August 31, 2021               */s/ Kelli L. Taylor*
                                          KELLI L. TAYLOR
                                          Assistant United States Attorney