PHILLIP A. TALBERT
Acting United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., A MINOR, THROUGH HER GUARDIAN AD LITEM, LATISHA WATKINS; LATISHA WATKINS AND MARIO TYLER, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY E. DOUGLAS, M.D.; PAULA L. AKIN, D.O.; NATHAN ALLEN, M.D.; WELLSPACE HEALTH; MERCY GENERAL HOSPITAL; AND DOES 1 TO 100,<br><br>Defendants. | Case No.  2:21-cv-1564 WBS JDP<br><br>ORDER SUBSTITUTING THE UNITED STATES FOR DEFENDANTS NATHAN ALLEN, M.D. AND WELLSPACE HEALTH |

Pursuant to the Stipulation of counsel for Plaintiffs and the United States, and good cause appearing,

IT IS HEREBY ORDERED that the United States is substituted in place of Defendants WellSpace Health and Nathan Allen, M.D. herein.

Dated:  September 1, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Substituting the United States as Defendant 1
*L.T., a minor, et al., v. Douglas, et al.*